# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-0510
Lower Tribunal No. CF 15-590

_____

STEPHEN ALAN WINGO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

August 13, 2024

PER CURIAM.

   AFFIRMED.

WOZNIAK, NARDELLA and SMITH, JJ., concur.


Stephen Alan Wingo, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED